UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 11114
   FRANCISCA RHODES
                                        CHAPTER 13

                                        JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-1233
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 06/21/07 .

   2.  The case was dismissed without confirmation, 10/18/2007.

   3.  The Debtor paid a total of $   1500.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MIDSTATE COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SANTA BARBARA BANK & TRU | UNSECURED | NOT FILED | .00 | .00 |
| SECURITY FINANCE CO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DEVONA & ASSOC          , was allowed $       .00 and was paid $         .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1500.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                    /S/
                                      GLENN STEARNS
                                    CHAPTER 13 TRUSTEE